IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALFONSO VARELA and<br>SANDRA SANTA MARIA VARELA<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-07-0343 |

**ORDER ADMINISTRATIVELY CLOSING CASE**

This case involves the same legal issues as those currently on appeal before the United States Court of Appeals for the Fifth Circuit in *Duffie v. United States*, 08-20708. This case is administratively closed pending the Fifth Circuit's decision in *Duffie*. The parties may move to reinstate this case on the active docket within ten days after the appellate court issues its ruling.

SIGNED on January 26, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge