IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALFONSO VARELA and<br>SANDRA SANTA MARIA VARELA<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-07-0343 |

## ORDER OF DISMISSAL

In accordance with the memorandum and opinion issued on even date, this action is dismissed for lack of subject matter jurisdiction.

SIGNED on June 1, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge