IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALFONSO VARELA and § | |
| SANDRA SANTA MARIA VARELA § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-07-0343 |
| § | |
| § | |
| UNITED STATES OF AMERICA § | |
| § | |
| Defendant. § | |

## ORDER

This court dismissed this case for lack of subject-matter jurisdiction on June 1, 2011. (Docket Entry No. 46). The Varelas moved to vacate the judgment because this court did not consider their claim for a refund of penalty interest assessed under 26 U.S.C. § 6621(c). (Docket Entry No. 47). Neither this court's memorandum and opinion nor the cross-motions for summary judgment addressed the § 6621(c) refund claim. The Varelas' motion to vacate the judgment is granted and the order of dismissal is vacated.

The parties must propose a motion and briefing schedule to resolve this remaining issue no later than July 15, 2011.

SIGNED on June 30, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge